**JUDGE STEVEN C. SEEGER**



**United States District Court**
**Northern District of Illinois**

In the Matter of

BMO HARRIS BANK N.A.

v.

J.P. MORGAN CHASE BANK N.A.

Case No. 22-CV-01319

Designated Magistrate Judge
Jeffrey Cummings

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Charles R. Norgle

Date: Thursday, March 17, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Date: March 17, 2022

_____
Chief Judge Rebecca R. Pallmeyer

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

I recuse myself because I own shares of publicly traded common stock in one of the parties.

---

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot