IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BMO HARRIS BANK N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-01319 |
| | ) | |
| J.P.MORGAN CHASE BANK, N.A. | ) | Hon. Judge Steven C. Seeger |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff, BMO Harris Bank N.A., by and through undersigned counsel, hereby dismisses this lawsuit, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,
BMO HARRIS BANK N.A.

/s/ Daniel S. Rubin
One of its Attorneys
Daniel S. Rubin, #6293669
Howard & Howard Attorneys, PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL  60604
(312) 372-4000
(312) 939-5617 (Facsimile)
drubin@howardandhoward.com
Dated: May 9, 2022
***Attorney for BMO Harris Bank N.A.***